## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| AIDA COTO,                )<br>                                           )<br>        Plaintiff,           )<br>                                           )<br>v.                                       )<br>                                           )<br>HYANNIS AIR SERVICE, INC. d/b/a )<br>CAPE AIR                         )<br>                                           )<br>                                           )<br>        Defendant.          )<br>_____ ) | CIVIL NO. 2005-191 |

## ORDER

THIS MATTER comes before the Court on a Motion for Summary Judgment filed by Defendant Hyannis Air Services, Inc. d/b/a Cape Air.  Plaintiff Aida Coto has not submitted a response, as required by Local Rule of Civil Procedure 56.1(b), to Defendant's Statement of Undisputed Material Facts.  Rule 56.1(b) requires that Plaintiff respond to the facts upon which the Defendant has relied by either (i) agreeing that the fact is undisputed; (ii) agreeing that the fact is undisputed for the purpose of ruling on the motion for summary judgment only; or (iii) demonstrating that the fact is disputed.  It is hereby

**ORDERED** that Plaintiff submit a response to Defendant's Statement of Undisputed Material Facts within 10 days of this Order.

**ENTER:**

**DATE:** November 26, 2007              _____ /s/_____
                                                              Honorable Raymond L. Finch
                                                              District Judge