# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

AIDA COTO,                                   )
                                             )
              Plaintiff,                     )
                                             )
v.                                           )          CIVIL NO. 2005-191
                                             )
HYANNIS AIR SERVICE, INC. d/b/a              )
CAPE AIR                                     )
                                             )
                                             )
              Defendant.                     )
_____ )

## ORDER

THIS MATTER comes before the Court on a Motion for Summary Judgment filed by Defendant Hyannis Air Services, Inc. d/b/a Cape Air.   Plaintiff Aida Coto has failed to attach all deposition excerpts cited in her Memorandum of Law in Opposition to Defendant's Motion for Summary Judgment.   Specifically, Plaintiff has failed to include relevant excerpts from the deposition of Duane Hammond in Plaintiff's Exhibit 1.   It is hereby

**ORDERED** that Plaintiff submit a copy of the deposition of Duane Hammond within 10 days of this Order.

**ENTER:**

**DATE:**  November 28, 2007                  _____/s/_____
                                             Honorable Raymond L. Finch
                                             District Judge