# IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
# DIVISION OF ST. CROIX

| | |
|---|---|
| AIDA COTO )<br>)<br>Plaintiff, )<br>)     CIVIL NO. 2005-191<br>v. )<br>)<br>HYANNIS AIR SERVICE, INC. d/b/a )<br>CAPE AIR )<br>Defendant. )<br>_____ ) | |

### ORDER

THIS MATTER comes before the Court on a Motion for Summary Judgment filed by Defendant Hyannis Air Services, Inc. d/b/a Cape Air. For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that Defendant's motion for summary judgment is **DENIED** as to Plaintiff's claim for Defendant's failure to maintain the stairs in a safe condition, **DENIED** as to Plaintiff's claim for Defendant's failure to assist, and **GRANTED** as to Plaintiff's claim for Defendant's failure to warn Plaintiff of the wet steps.

                                                      **ENTER:**

**DATE:** January 31, 2008                                  /s/_____

                                                                     Honorable Raymond L. Finch
                                                                     District Judge